**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

-----------------------------------------------------------x

TZIPPA WEINBERGER,

                       Plaintiff,

                v.

CITIBANK, N.A.,

        Defendant.

-------------------------------------------------------x

Case No. 3:17-cv-05043

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Tzippa Weinberger and her counsel hereby give notice that she voluntarily dismisses her claim against the Defendant Citibank, N.A., with each side to bear its own fees and costs.

Dated: August 7, 2017

Edward B. Geller, Esq., P.C. by

_____

Edward B. Geller, Esq.

Attorney for Plaintiff